**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGINA LeBRUN ) | |
| ) | No. 14 CV 10232 |
| Plaintiff ) | |
| ) | Judge John W. Darrah |
| Vs. ) | |
| ) | |
| BLITT AND GAINES P.C., ) | |
| ) | |
| Defendant ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **March 18, 2015**, at **9:30 am**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge W. Darrah or any judge presiding in his stead in Courtroom **1203** in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached Defendant's Motion to Dismiss Complaint Pursuant to Rule 12(b)6, a copy of which is herewith served upon you.

Respectfully submitted,

By: s/Michael L. Starzec
Michael L. Starzec


Blitt and Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090
(847)403-4900
(312)920-0625
MikeStarzec@BlittandGaines.com
32887